UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

LOUIS ROMEOS,                               CASE NO. 2:10-cv-13955-PJD-VMM
      Plaintiff,                          HON. PATRICK J. DUGGAN

v.

TOWNE MORTGAGE COMPANY,
REALTY EXECUTIVES MAIN STREET, LLC and
FIVE BROTHERS MORTGAGE SERVICES & SECURING, INC.,

      Defendants.
_____

| | |
|---|---|
| ADAM G. TAUB (P48703) | TODD A. COURSER (P69829) |
| ADAM G. TAUB & ASSOCIATES | TODD A. COURSER & ASSOC. PLLC |
| Attorney for Plaintiff | Attorney for Defendant, REALTY |
| 18930 W. 10 Mile Road, Suite 2500 | EXECUTIVES MAIN STREET, LLC |
| Southfield, MI  48075 | 455 S. Main Street |
| (248)746-3790 | Lapeer, MI  48446 |
| adamgtaub@clgplc.net | (810)245-0813 |
| | lawoffice@toddcourser.com |

_____

### ORDER OF DISMISSAL AS TO REALTY EXECUTIVES MAIN STREET, LLC ONLY

The parties have stipulated to entry of this order of dismissal, and the court has considered the matter.

IT IS ORDERED that this action is dismissed as to REALTY EXECUTIVES MAIN STREET, LLC only with prejudice and without costs.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: February 7, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 7, 2011,by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager