UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS ROMEOS

              Plaintiff,

-vs-

TOWNE MORTGAGE COMPANY,
REALTY EXECUTIVES MAIN STREET, LLC, and
FIVE BROTHERS MORTGAGE SERVICES &
SECURING, INC.,

              Defendants.

Case No. 10-13955
HON. PATRICK J. DUGGAN

_____/

ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC
By:    ADAM G. TAUB (P48703)
Attorney for Plaintiff
18930 West 10 Mile Road, Suite 2500
Southfield, MI  48075
adamgtaub@clgplc.net
(248) 746-3790

JEROME E. ADDY (P49376)
Attorney for Defendant Towne
 Mortgage Company
20902 Mack Avenue, Suite 202
Grosse Pointe Woods, MI  48230
(313) 647-4025
estateplanning@addylawfirm.com

KALAS KADIAN, P.L.C.
By:    TOM KALAS (P41805)
Attorney for Defendant Five Brothers
 Mortgage Services & Securing, Inc.
43928 Mound Road, Suite 100
Sterling Heights, MI  48314
tom@kalkad.com
(586) 726-0760

_____/

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to stipulation of the parties, by and through their respective counsel, and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed in its entirety with prejudice and without costs to the parties.

*THIS ORDER RESOLVES THE LAST PENDING CLAIM AND CLOSES THIS CASE*

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: August 4, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, August 04, 2011, by electronic and or ordinary mail.

        s/Marilyn Orem
        Case Manager


Stipulated and Agreed to by:

/s/ Adam G. Taub (48703)          /s/ Thomas Kalas (P41805)
Attorney for Plaintiff          Attorney for Defendant Five Brothers

/s/ Jerome E. Addy (P49376)
Attorney for Defendant Towne
  Mortgage Company